IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 2:07cr88-MEF |
| | ) | [18 USC 1343] |
| v. | ) | |
| | ) | |
| JAMES MICHAEL HINSON | ) | **INFORMATION** |

The United States Attorney charges:

## COUNT 1

1. At all times relevant to this Information:

    a. Alabama State University ("ASU") was a university located in Montgomery, Alabama.

    b. ASU employed the defendant JAMES MICHAEL HINSON as an accountant.

2. From in or about February 2005 through in or about April 2007, in the Middle District of Alabama, and elsewhere, the defendant

JAMES MICHAEL HINSON

did knowingly and willfully devise and intend to devise a scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, which scheme and artifice is described below.

3. On or about February 2, 2005, HINSON caused to be opened at Wachovia Bank, N.A. ("Wachovia") an account in the name of "ASU Auxiliary Accounting Club" (the "ASU Club Account") using ASU's taxpayer identification number, listing himself as the president, treasurer, and authorized signatory on the account, and using his home address in Dothan, Alabama as the address of the club. In fact, there is no such club, and ASU never authorized HINSON to open the ASU Club Account.

4. During the period from on or about February 17, 2005 through on or about April 3, 2007, HINSON caused checks totaling approximately $367,730.82 payable to ASU to be deposited into the ASU Club Account. Among others, the embezzled funds included checks payable to ASU by the State of Alabama, by businesses who owed money to ASU based on vending machine sales, and by persons who had purchased tickets to ASU sporting events.

5. HINSON used the funds from the ASU Club Account to pay credit card bills and other personal expenses.

6. On or about March 15, 2007, in the Middle District of Alabama, for the purpose of executing the above described scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses, representations and promises,

JAMES MICHAEL HINSON,

defendant herein, did knowingly and willfully transmit and cause to be transmitted in interstate commerce by means of wire communications, certain signs, signals, and sounds, namely, an electronic transfer of funds from the ASU Club Account at Wachovia in Alabama to American Express in Georgia.

All in violation of Title 18, United States Code, Section 1343.

LEURA G. CANARY
United States Attorney

Andrew O. Schiff
Assistant U.S. Attorney