IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION


UNITED STATES OF AMERICA          )
                                  )
v.                                )          2:07cr88-MEF
                                  )
JAMES MICHAEL HINSON              )


## ORDER


For good cause, it is

ORDERED that the defendant, JAMES MICHAEL HINSON, appear with

counsel before the undersigned Magistrate Judge on May 31, 2007 at 8:30 a.m. in

Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse

Complex, One Church Street, Montgomery, Alabama, to enter a consent plea.

The Clerk is directed to provide a court reporter for this proceeding.

DONE, this 11th day of May, 2007.



/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE