# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

v.

JAMES MICHAEL HINSON

WAIVER OF INDICTMENT

CASE NUMBER: 2:07CR88-MEF

I, ___JAMES MICHAEL HINSON___, the above named defendant, who is accused of

VIOLATIONS OF TITLE 18 USC § 1343,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __May 31, 2007__ prosecution by indictment and consent that the
   Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
   Judicial Officer