IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 2:07cr88-MEF |
| ) | |
| JAMES MICHAEL HINSON ) | |

## UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, Nathan D. Stump, and enters his notice of appearance on behalf of the United States in the above-styled cause.

Respectfully submitted this the 12th day of September, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/Nathan D. Stump
NATHAN D. STUMP
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: nathan.stump@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:07cr88-MEF |
| | ) | |
| JAMES MICHAEL HINSON | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 12,  2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Eric Clark Davis, Esq.

                                                                                          Respectfully submitted,

                                                                                          /s/Nathan D. Stump
                                                                                          NATHAN D. STUMP
                                                                                         131 Clayton Street
                                                                                         Montgomery, AL 36104
                                                                                         Phone: (334)223-7280
                                                                                         Fax: (334)223-7135
                                                                                         E-mail: nathan.stump@usdoj.gov