IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07 CR88-MEF |
| | ) | |
| JAMES MICHAEL HINSON, | ) | |

## MOTION TO CONTINUE

COMES NOW, the Defendant, by and through the undersigned counsel, and moves this Honorable Court to continue the above-referenced case and as grounds therefore, asserts the following:

1. The above-referenced case is set for sentencing on October 18, 2007 at 2:00 p.m.

2. Said case was continued from the original sentencing date for the Defendant and Counsel to cooperate with counsel for Alabama State University to determine whether the Defendant had completely accepted responsibility.

3. The Defendant and Counsel have been cooperating with counsel for Alabama State University since that time.

4. There may be, however, some issues that cannot be resolved prior to the sentencing date as the undersigned Counsel has obligations in the Circuit Court of Houston County each business day prior to the sentencing date.

5. The undersigned Counsel has contacted Assistant United States Attorney Andrew Schiff, who does not oppose a continuance on the above-referenced grounds.

6. This continuance is not sought for the purpose of undue delay.

WHEREFORE, the Defendant requests that his case be continued.

Respectfully submitted the 13th day of October 2007.

/s/ Eric C. Davis
Eric C. Davis, LLC
Post Box 1103
Dothan, Alabama 36302-1103
(334) 671-7169 phone
(334) 671-9420 fax
E-mail: ecdavis@ala.net

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:07 CR88-MEF |
| | ) |
| JAMES MICHAEL HINSON, | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that October 13, 2007, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Andrew O. Schiff, Assistant United States Attorney.

                    Respectfully submitted,

                    /s/ Eric C. Davis
                    Eric C. Davis, LLC
                    Post Box 1103
                    Dothan, Alabama 36302-1103
                    (334) 671-7169 phone
                    (334) 671-9420 fax
                    E-mail: ecdavis@ala.net