IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CASE NO. 2:07-cr-088-MEF |
| ) | |
| JAMES MICHAEL HINSON ) | |

## **O R D E R**

Upon consideration of the defendant's Motion to Continue (Doc. #16) filed on October 13, 2007, it is hereby

ORDERED that the motion is GRANTED. The sentencing hearing set for October 18, 2007 is continued to January 9, 2008 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this the 16th day of October, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE