AO 245B  (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 6

DEFENDANT: JAMES MICHAEL HINSON
CASE NUMBER: 2:07CR88-MEF-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**Thirty three (33) months.**

X The court makes the following recommendations to the Bureau of Prisons:

**The Court recommends that defendant be placed in a facility close to Houston County Alabama.**

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

X before 2 p.m. on   **February 25, 2008**

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

**RETURNED AND FILED**

MAR 1 2 2008

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  2/25/08   to  FPC

at  Pensacola FL  , with a certified copy of this judgment.

Scott P Fisher Warden
~~UNITED STATES MARSHAL~~

By  J Huathmaw  clk
DEPUTY ~~UNITED STATES MARSHAL~~